And we will begin with the argument of Sloan v. Shulkin. Gentlemen, if it pleases the Court, my name is Sam Sloan. I am the Plaintiff Appellant. If you want to know what I do for a living, I reprint old, out-of-print books. That's my job. I'm the Plaintiff Appellant here. I was a candidate for President of the United States. I was also a candidate for Judicial Delegate. I was also a candidate for the United States Congress. All these different elections were held in this past year. Because of the staggering of the different election and petitioning times, it was possible to actually run for all three different offices in the same year. So that's why this case comes before the Court with all these different elections involving the same candidate in different positions along the ballot. Now, the New York State Board of Elections is the most corrupt. New York State and New York City Board of Elections is the most thoroughly corrupt organization in the history of the world, I think. Every newspaper, New York Times, Daily News, New York Post, always railing about corruption in the Board of Elections. And we can see in this case, from the evidence I presented in this case, that people got on the ballot who did not fulfill the requirements to be on the ballot, and they were put on the ballot anyway by the Board of Elections, and people who worked very hard in search-related petitions and spent a lot of money. I personally spent more than $50,000 of my own personal money to run these candidates, including myself, for election. All that money was lost because they threw us all off the ballot. And this has been going on for years and years. This is not a new process. This has been a year-long process. One of the people convicted, by the way, of paying a $10,000 bribe named Dan Halloran, who I personally know this man, he said, well, his defense was, well, it has always been done this way. And that was perfectly correct. It has, in fact, always been done this way. The bribes have been paid all along to put people on the ballot, to get people appointed to the Board of Elections. I am asking this court, and I think it's the duty of this court, to rule that this whole thing is invalid, all of this is unconstitutional, these people, the whole Board of Elections should be disbanded and thrown out. Because unless that happens, even if we replace these particular judges, and even if we replace these particular commissions of election, there will be new people coming in under the same corrupt system. And the reason why the system, many reasons, why the system is unconstitutional is because the chairman of the Bronx Republican Party gets to appoint one commissioner. The chairman of the Bronx Republican Party has not elected a candidate for any position, not even dog catcher, since Herman Medeo in the 1970s. It's been 50 years since the Bronx got anybody elected, and yet they get to appoint one commissioner. Their chairman gets to appoint one commissioner. The Democratic Party chairman also gets to appoint one commissioner. So each of the five boroughs, Republican, Democrat, get to appoint one commissioner. But what about the blanks, the people who don't have a party affiliation, the working families, the Greens, the Conservatives, the Libertarians, all these other minor parties, plus people who simply have not registered? They do not get any say-so in the Board of Elections, and they do not get any say-so in who gets to be on the ballot. And they cannot even work as poll workers. In order to be a poll worker on election day, to sit down at the voting places and supervise the election, you have to be either a Republican or a Democrat. Non-party members cannot participate in any way in the election process. So the whole system is wrong, and I submit that the entire thing is unconstitutional. Now, one of the questions you're liable to ask me is, well, what about the state courts? Well, you can't expect the state court judges to rule that their own election is illegal, that the candidates committed fraud in order to get them elected as judges. So naturally, they're judges now, and they're not going to go back and say that they got on the court by illegal means. This particular year, we had a slate of 10 judicial delegates and one candidate for a civil court judge. Our slate was ruled off the ballot by Steve Richman, who is the general counsel of the Board of Elections, even before a hearing had been held in the Board of Elections. If you play the tape, and I believe that this court should play the videotapes there on YouTube, and you can see what's going on there. You see Stanley Schlein, who is the representative, the attorney who always represents the Bronx County Board of Elections. He stands up, and he said, it's impossible to be killed twice, but I want to make sure that this – I'm going to try to kill this list of candidates a second time to make sure this list of candidates doesn't get on the ballot. Now, the reason why he said that was because he knew, because he's an expert in election law. And by the way, I'd like to introduce you to the gentleman sitting right over here. He is Jerry Goldfeder. He is my friend, and he is the author of Jerry Goldfeder's Modern Election Law. So this man right here is the leading authority on election law in New York State. He's not going to be speaking today, as far as I know, but he knows better than anybody else that what is being done is wrong across the board, because he's the authority. He wrote the book about it. So this is what I'm saying, that you cannot expect the state court judges to rule that the election process is unconstitutional or legal. I think this court has to, because you can plainly see that the chairman of each of the five boroughs, for example, Staten Island, they have a few Republicans in Staten Island. They do not have any Republicans in the Bronx, except for 5% of the voters. And it's just ridiculous that the chairman of the Bronx Republican Party is allowed to elect a commissioner. And by the way, this one man is actually serving time in prison, as far as I know, for paying a $10,000 bribe, Dan Halloran. And by the way, isn't it amazing that the former controller of New York State, New York State Comptroller, had to serve time in prison, and then John Lewis, who was the New York City Comptroller. These are the people controlling the money. We can't understand why he hasn't been convicted yet either. So the people in this state, Sheldon Silver ruled the appellate division in New York State Assembly for about 30 years. I wrote an article about over 10 years ago showing exactly how Sheldon Silver was committing fraud and all these things. The things he was eventually convicted for, I wrote an article about 10 years ago. So it was known that this was going on for a long time. Finally, the federal prosecutor had to come in and get convictions of all these different New York State officials. I don't think any state that I know of in the United States has had more people convicted of some sort of misconduct as far as being elected officials. So what I'm asking you to do is, number one, those judges elected this last term were obviously fraudulent. They had taped over the names of some of the candidates. The petition submitted by Stanley Schlang also had the names of the candidates taped over and other candidates put on top of the tape. So they actually changed the names of the candidates. By the way, there's another case alleging exactly the same thing, but in a different election. Judge Pitney before Judge Kimball roared in the district court. That case is still in the district court. The name of that case is Dunn versus Schlang. You can look it up on the docket of Judge Kimball. He said exactly the same thing that I'm saying, that they actually taped over the names of candidates. So what I'm asking this court to do is to give me a hearing, to send this back to the district court, to give me a hearing, fact hearing, while I approve all these allegations are true. And by the way, I've already submitted evidence showing that all these documents that I've submitted in evidence, which are part of the record, I've already approved in my case. Thank you. Mr. Lawrence. Good morning. David Lawrence III, Assistant Solicitor General appearing on behalf of the State Defendant's Appellees. The court below correctly dismissed the complaint. For instance, the 11th Amendment bars the plaintiff's claims against the State Board and against its officers in their official capacity. The 11th Amendment also bars the plaintiff's claim that the State Board's composition is unlawful and that it should be disbanded. That is because the Ex Parte Young Rule that permits an action for prospective relief against state officers does not apply where the defendants are not responsible for the alleged unlawful action. Here, the defendants to this action do not appoint the State Board instead of the governor, who is not a defendant to this case. Furthermore, Res Judicata bars all of the plaintiff's claims. All those claims either were raised or could have been raised in a state court election law proceeding. There, the state court expressed and rejected the plaintiff's arguments that the State Board's composition is unlawful and that it was unlawfully excluded from the 2014 Democratic primary ballot for governor. We raised several other arguments in our brief as to why there should be an affirmance, such as failure to state a claim. One of your arguments is that it's moot, at least with respect to the 2015 election. Actually, Your Honor, that's the city's. Okay. The state's. Okay. So as far as the state defendants, I believe, we also argue quasi-judicial immunity and the privilege that attends to any statements made in judicial or administrative proceedings. But this court really does not need to reach those issues because Res Judicata and the 11th Amendment bar all of the plaintiff's claims. So unless this court has any further questions, I'll otherwise rest my brief and ask that this court affirm the judgment below. Ms. Grunberg. Good morning, Your Honors. May it please the court, Emma Grunberg representing the city appellees. The majority of Mr. Sloan's ballot exclusion claims are moot because the 2015 election has already occurred, precluded by the state court judgment, and also failed to state a claim. First- Did he ask for money damages? Yes. Right. So the mootness really applies to the injunctive relief to be placed on the ballot, not necessarily to the money damages. With regard to preclusion, the 2015 state court judgment clearly decided on the merits that the petition, the designating petition, was invalid because it didn't have the requisite number of signatures. So that claim is precluded, certainly by collateral estoppel, with the 2015 state court judgment. And then also, the district court correctly dismissed the claim for failure to state a claim. Mr. Sloan does not challenge the signature requirement itself, and this court has noted that signature requirements are constitutional. And he also doesn't present evidence that he had the 500 requisite signatures. With regard to this claim that there was another petition filed by non-parties that was invalid, that claim is not properly before the court. Mr. Sloan did not raise an objection to that claim at the time, and it's certainly moot because the election has long since occurred without an objection being raised, certainly by Mr. Sloan. And then with regard to the challenge to the composition of the city board, Mr. Sloan lacks standing to bring that claim. His argument is that it harms minor party and independent voters, but he is an enrolled Democrat and hasn't alleged that he belongs to a minor party or isn't independent. And in the alternative, even if he had standing, the claim is meritless because the precedent is clear that one person, one vote as a doctrine does not apply to appointive bodies, only bodies that are elected by popular vote. So in conclusion, we ask that the district court judgment be affirmed. Thank you. Mr. Sloan, you've reserved some time. Okay. Getting back to the last thing she said about the one-man, one-vote rule that doesn't apply to appointed bodies. Well, in this case, the appointed body is the chairman. In the case of the other cases she refers to, all cases where they're appointed by the governor or somebody like that. But here in the New York City Board of Elections, they're appointed by the chairman of the party, the Republican Party chairman of the Bronx appoints an election commissioner from the Bronx. The Democratic Party chairman appoints an election commissioner. Now, here we have a very interesting system in the Bronx. We have one-party rule because only the Democrats win. Republicans have never won anything since the 1960s or 1970s, at least 40, 50 years since Republicans ever won anything. So the Democrats always win. And then we have somebody like Stanley Schlein who always represents the county commission committee, and he knocks off everybody else. So these elections are never actually held because there's only one candidate running for each position, and therefore they don't bother to have an election because there's only one candidate. So he knocks off all the other candidates, which he did in this case. He managed to put his candidates on the ballot, which did not have proper petitions, and he knocked my slate, which I was on. By the way, I did not circulate these petitions myself. I was just asked to add my name to the list of ten candidates for judicial delegate. I only got involved in this when I found that they were targeting me, and they knocked it off because my name was included on the list of people. That's how somebody – because, you know, the Board of Elections, I'm not the flavor of the month for the Board of Elections, let's be frank about it. So they saw my name there, and so they decided to knock the whole slate off, including me. So basically we have a situation where it's a one-party rule in the Bronx. Anybody that the Democrats nominate for judge automatically gets elected. They don't even have – they did not have an election. There was no election in November for this position because only the Republicans and Democrats submitted candidates, and therefore there was no opposition. So the election was never held, and all these judges took office for ten-year terms without ever having to contest the election. And I'm saying that all these judges were elected by fraudulent means, by forged petitions, by forgery in many cases. And then previously, by the way, I was a Republican, and then I shifted to Libertarian, and then I shifted to Democrat. So I've been in all three parties during this period of time. So I have standing from all three different points of view, Republican, Democrat, and Libertarian, in these different elections that all were held in the same past year. So I believe – and the other thing, but to get to the bottom line with their arguments, they're saying that nobody can ever bring a case like I brought. That can never be brought. That it's all reg, it's all moot. It can never happen. The courts will never be able to rule on the question of whether this is constitutional, legal, or proper, or anything like that. So I'm saying that this panel here is the panel that has the duty to do something about this, because if you don't do it now, who will and when? It will never happen. These corrupt processes will continue on ad infinitum and will never end unless this panel can finally do something about it. So thank you very much. Thank you, Mr. Sloan. We'll reserve decision.